HILTON WATCH CO., INC., Appellant, v. BENRUS WATCH CO. et al., Respondents.— Order, so far as appealed from, affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.; Peck, P. J., and Bastow, J., dissent and vote to modify so as to grant leave to serve amended complaint substituting the proposed fourth cause of action in the designated supplemental complaint for the second cause of action in the original complaint. This conforms with the reality of the situation. [See 283 App. Div. 655.]

■

In the Matter of JOHN M. ROBERTSON, Appellant, against JOSEPH McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

MARIE T. BATA, Respondent, v. BATA a.s., Appellant, and SVIT NATIONAL CORPORATION, Intervener, Appellant.— Orders unanimously modified so as to allow Bata a.s. to appear in the title as an appellant and to have Bata a.s. listed as an appellant with its attorneys. The disposition of these appeals and of motions, decided herewith (*post,* p. 943) is intended only to facilitate the presentation of an appropriate record and is not to be interpreted as a formal recognition by this court of Bata a.s. as a proper party appellant. Settle order on notice. Present — Dore, J. P., Callahan, Breitel and Bastow, JJ.

■

In the Matter of the Arbitration between BEULAH COHEN, as President of Local 1506, of Retail Clerks International Association, A. F. of L., Respondent, and STANDARD FURNITURE COMPANY, Appellant.— Order unanimously modified by eliminating the last sentence of the third decretal paragraph and substituting in its place a provision empowering the court to designate an arbitrator for either or both of the parties to the dispute in the event that either or both fail to choose an arbitrator. The order is further modified by directing that the hearing of the controversy be at a time and place to be fixed by the arbitrator. The agreement provides for arbitration by a board composed of three arbitrators. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

JOSEPH MALUS, Appellant v. SPERRY CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the plaintiff to renew application for examination on specific items to be requested. The mere fact that this is a libel action is not determinative of the question of plaintiff's right to an examination. We note that the libel alleged here is not one that received general publication and that, therefore, there may be difficulty in ascertaining both its extent and effect. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.